## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **HARRY B SILVER** | * | **CIVIL ACTION NO: 1:20-cv-698** |
| | * | |
| **VERSUS** | * | **JUDGE: DRELL** |
| | * | |
| **CITY OF ALEXANDRIA, ET AL** | * | **MAGISTRATE JUDGE: PEREZ-MONTES** |
| | * | |

## JOINT NOTICE OF SETTLEMENT

NOW COME plaintiff, Harry B. Silver, and defendants, the City of Alexandria and Jules Green, who, pursuant to LR 16.4, hereby file this Joint Notice of Settlement to advise the Court that the parties have settled this matter in its entirety. The parties respectfully request that a conditional order of dismissal be issued, allowing for reinstatement of the matter if the settlement is not consummated within 60 days of the order of dismissal.

RESPECTFULLY SUBMITTED:

BIZER & DeREUS, LLC
3319 St. Claude Avenue
New Orleans, LA 70117
Telephone: 504-619-9999
Fax: 504-948-9996

*/s/ Garret S. DeReus*
Andrew D. Bizer, Bar Roll No. 30396
andrew@bizerlaw.com
Garret S. DeReus, Bar Roll No. 35105
gdereus@bizerlaw.com
Emily A. Westermeier, Bar Roll No. 36294
ewest@bizerlaw.com

*Attorneys for Plaintiff, Harry B. Silver*

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225/387-4000
Facsimile: 225/381-8029

*/s/ Druit G. Gremillion, Jr.*
Druit G. Gremillion, Jr. (Bar Roll No. 33867)
druit.gremillion@bswllp.com
Kelsey A. Clark (Bar Roll No. 36413)
kelsey.clark@bswllp.com

*Attorneys for the City of Alexandria*

1547712.1

2

*/s/ Kelvin G. Sanders*
_____
Kelvin G. Sanders, #19773
418 Desoto Street
P.O. Box 13922
Alexandria, LA 71315-3922
Tel: 318-487-0009
Fax: 318-443-1444

*Attorney for Defendant, Jules R. Green*

2

1547712.1